811 A.2d 974

**M. Diane KOKEN, Insurance Commissioner,
Commonwealth of Pennsylvania,**

v.

**LEGION INSURANCE COMPANY.**

**Appeal of John Hancock Insurance Company, Participant.**

**No. 87 MAP 2002.**

Supreme Court of Pennsylvania.

Aug. 29, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of August, 2002, the above-captioned appeal is quashed as a non-appealable interlocutory order.